E-FILING

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
2  United States Attorney

FILED
JUL 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )  CR-08 00513-MAG
                                    )  No.
         Plaintiff,                 )
                                    )  VIOLATION: Title 18, United States Code,
    v.                              )  Section 1028(a)(6) – Possession of a False
                                    )  or Stolen United States Identification
MONICA LIMON GOMEZ,                 )  Document (Class A Misdemeanor)
                                    )
                                    )  SAN JOSE VENUE
         Defendant.                 )
                                    )

INFORMATION

The United States Attorney charges:

On or about July 28, 2008, in the Northern District of California, the defendant

MONICA LIMON GOMEZ,

knowingly possessed an identification document and authentication feature that was or appeared to be an identification document and authentication feature of the United States, to wit: a United States visa ending in 4262, which was stolen and produced without lawful authority, knowing

//

//

//

INFORMATION

1  that such document or feature was produced without such authority, in violation of Title 18,
2  United States Code, Section 1028(a)(6), a Class A misdemeanor.
3
4  DATED: *July 30, 2008*

   JOSEPH P. RUSSONIELLO
   United States Attorney

7  _____
   DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch Office

9  (Approved as to form: _____)
10    TIFFANY DAY
      Law Clerk

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
18 U.S.C. § 1028(a)(6) - Possession of a False Identification Document

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment, $100,000 fine, 1 year supervised release, $25 special assessement

**DEFENDANT - U.S.**
▶ MONICA LIMON GOMEZ

**DISTRICT COURT NUMBER**
CR - 08 00513 - MAG

FILED
JUL 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Customs and Border Protection

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** Susan Knight

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
   NDCA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: